# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00239-CV

### S. W. and M. S., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

#### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
#### NO. 319,539-B, THE HONORABLE CHRISTOPHER L. CORNISH, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants S. W. and M. S. filed their notices of appeal on April 26, 2022. The appellate record was complete on May 6, 2022, making appellants' briefs due on May 26, 2022. On May 26, 2022, counsel for appellants filed motions for extension of time to file appellants' briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motions and order Yolanda Cortes Mares and Natalie Fowler to file appellants' briefs no later than June 16, 2022. If the briefs are not filed by

that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on June 2, 2022.

Before Chief Justice Byrne, Justices Kelly and Smith